1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,

12                                    Plaintiff,          CASE NO. 12-cr-1111-BTM-4

         v.

13                                                        **ORDER DENYING MOTION TO REDUCE SENTENCE**

14   HECTOR ULLOA-NAVARRO [4],                            **WITHOUT PREJUDICE**

15                                    Defendant.

16        Defendant Hector Ulloa-Navarro has filed a *pro se* Motion to Reduce

17   Sentence pursuant to the Fair Sentencing Act of 2010, 18 U.S.C. §

18   3582(c)(2).  Defendant also requests that the Court appoint counsel to

19   assist in his pursuit of a reduced sentence.  Defendant requests a

20   recalculation of his sentence based on a two-point reduction in his base

21   offense level under the United States Sentencing Guidelines.

22        A defendant is eligible for a sentence reduction if two prongs are

23   satisfied: (1) the sentence is "based on a sentencing range that has

24   subsequently been lowered by the Sentencing Commission" and (2) "such a

25   reduction is consistent with applicable policy statements issued by the

26   Sentencing Commission."  United States v. Wesson, 583 F.3d 728, 730 (9th

27   Cir. 2009) (quoting 18 U.S.C. § 3582(c)(2)).  See also U.S.S.G. § 1B1.10

28   (Reduction in Term of Imprisonment as a Result of Amended Guideline

1

1  Range).  Defendant's motion does not cite any post-sentencing amendment

2  to the Guidelines.  Rather, it appears to be based on a prospective

3  amendment to the Guidelines.  It is therefore premature.  The motion is

4  accordingly **DENIED WITHOUT PREJUDICE.**

5      **IT IS SO ORDERED.**

6

7

8  DATED: September __18__, 2014

9                                          Barry Ted Moskowitz

10                                         Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28